UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATISH SHINDE,<br><br>           Plaintiff,<br><br>v.<br><br>NET ELEMENT, INC., OLEG FIRER, HOWARD ASH, JON NAJARIAN, TODD RAARUP, MULLEN TECHNOLOGIES, INC. and MULLEN ACQUISITION, INC.,<br><br>           Defendants. | Case No.: 1:21-cv-04785-JPC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Atish Shinde ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: September 10, 2021          **BRODSKY SMITH**

                                  By:  */s/ Evan J. Smith*
                                           Evan J. Smith
                                           240 Mineola Boulevard
                                           Mineola, NY 11501
                                           Phone: (516) 741-4977
                                           Facsimile (561) 741-0626

                                           *Attorneys for Plaintiff*